FILED
2026 JUN 29 AM 11:32
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, United States Attorney (#9832)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>INFORMATION</u> |
| Plaintiff, | : | VIO. 8 U.S.C. § 1326 |
| vs. | : | (REENTRY OF A PREVIOUSLY |
| YEISON FILANDER MELENDEZ, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 2:26−cr−00244<br>Assigned To : Barlow, David<br>Assign. Date : 6/29/2026<br>Description: USA v Melendez |

---

The United States Attorney charges:

COUNT I

On or about May 30, 2026, in the District of Utah,

YEISON FILANDER MELENDEZ,

the defendant herein, an alien who on or about June 5, 2019, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 29th day of June, 2026.

MELISSA HOLYOAK
United States Attorney

For: ______________________________
Jonathan Stowers
Assistant United States Attorney